

Barry L. Cohen  
Partner  
Tel. 484-362-2628  
Email: bcohen@rccblaw.com

January 11, 2021

<u>Via ECF</u>

The Honorable Pamela K. Chen  
U.S. District Court for the Eastern  
District of New York  
225 Cadman Plaza East, Courtroom 4F  
Brooklyn, NY 11201

   RE: *Fischler v. X-Chair, LLC* (E.D.N.Y. 20-05744-PKC-VMS)

Dear Judge Chen:

  This firm represents defendant X-Chair, LLC ("X-Chair") in the above-referenced action. In accordance with Rule 1(G) of Your Honor's Individual Practices and Rules, we respectfully submit this request for an extension of X-Chair's time to respond to the Complaint (Dkt. #1) (the "Complaint") in this matter until **<u>February 4, 2021</u>**. Plaintiff consents to this request.

  The original response deadline for the Complaint has not yet been set as no proof of service has been placed on the docket. X-Chair has not previously made a request for extension of time to respond to the Complaint to this Court.

Respectfully submitted,

*/s/ Barry L. Cohen*

Barry L. Cohen

cc: Christopher Lowe, Esquire, Counsel for Plaintiff (via ECF and email: chris@lipskylowe.com)